**Richard HANEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 82637.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 17, 2004.

Daniel L. Mohs, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Charnette D. Douglass, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Movant, Richard Haney, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. The trial court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).